**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Kay Oldham MILLER, Defendant-
Appellant.**

**No. 02–6102.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 14, 2002.

Decided March 26, 2002.

Kay Oldham Miller, Appellant Pro Se. Paul Alexander Weinman, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kay Oldham Miller seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Miller,* Nos. CR–98–97; CA–01–149 (M.D.N.C. Dec. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*